**Walter L. GRIFFITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 101622

Missouri Court of Appeals, Eastern District, **DIVISION TWO.**

Filed: August 18, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 8, 2015

Application for Transfer Denied November 24, 2015

Amy E. Lowe, 1010 Market Street, Suite 1100, St. Louis, MO. 63101, for appellant.

Rachel S. Flaster, P.O. Box 899, Jefferson City, MO. 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Walter L. Griffith appeals from the judgment of the City of St. Louis Circuit Court, following a jury trial, convicting him of one count of first-degree child molestation, ten counts of second-degree statutory sodomy, one count of second-degree child molestation, three counts of forcible rape, three counts of second-degree statutory rape, and two counts of forcible sodomy. We have reviewed the briefs of the parties, the record on appeal, and the oral arguments by the parties and conclude that no reversible error occurred. An ex-

tended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).